**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Victoria Delaine Hunnicutt, Brandon Lee Clark, and
Thomas Dylan Haney, Defendants,

of whom Victoria Delaine Hunnicutt is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000504

———————

Appeal From Laurens County
David J. Brousseau, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-319
Submitted September 15, 2025 – Filed September 17, 2025

———————

**AFFIRMED**

———————

Adam Sinclair Ruffin, of Ruffin Law Firm, LLC, of
Columbia, for Appellant.

Ashley P. Case, of Fountain Inn, of the South Carolina
Department of Social Services; and Andrew Troy Potter,
of Anderson, of Potter Law, LLC, both for Respondent.

Meagan E. Johnson, of Virtual Legal Associates LLC, of Greenwood, for the Guardian ad Litem.

—————————

**PER CURIAM:**  Victoria Delaine Hunnicutt appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Hunnicut's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

—————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.